The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>PORT OF TACOMA,<br><br>       Defendant. | No. C93-5462B<br><br>ORDER DIRECTING DISBURSEMENTS FROM REGISTRY OF THE COURT |

  The United States has filed an Application for an Order Directing Disbursements From the Registry of the Court. Said Application requests that the disbursements be made from the funds on deposit with the Registry of the Court in connection with this matter. The materials submitted by counsel and all other pertinent parts of the record have been fully considered.

  The Application filed by the United States describes the purpose of the disbursements as funds for contracting for restoration construction and reimbursement for NRD restoration purposes. The Application describes the procedures by which the Trustee Council approved the expenditures and includes documentation of the Council's actions.

ORDER DIRECTING
DISBURSEMENTS - 1

*U.S. Department of Justice*
*NOAA GC-DOJ DARC*
*7600 Sand Point Way N.E.*
*Seattle, WA 98115-0070*

Having reviewed the Application and attachments, and being fully informed in these proceedings, the Court finds that the requested disbursements are consistent with the terms of the Consent Decree and have been authorized by the Trustee Council.  The Application is granted. The Clerk is hereby ordered to disburse from the funds on deposit in the *United States et al. v. Port of Tacoma* Commencement Bay Restoration Account, made payable and addressed as follows:

| Payee/Address | Amount: |
|---|---|
| National Oceanic and Atmospheric Administration<br>NOAA/NOS/OR&R<br>Attn: Kathy Salter, DARRF Manager<br>1305 East-West Highway<br>SSMC 4, Room 9331<br>Silver Spring, MD 20910-3281<br>Check Notation: ComBay construction contract | $797,894.00 |
| City of Tacoma-City Treasurer<br>TPU Finance<br>P.O. Box 11007<br>Tacoma, WA 98411-0007<br>Attn: LaVon Hall, #ENV-0020 | $148,072.27 |

**IT IS SO ORDERED.**

DATED this 29th day of August, 2005.

*Robert J. Bryan* (signature)
Robert J. Bryan
United States District Judge

ORDER DIRECTING
DISBURSEMENTS - 2

Presented by:

s/ James L. Nicoll             August 16, 2005
James L. Nicoll                Dated
U.S. Department of Justice
Environmental Enforcement Section
NOAA GC-DOJ DARC
7600 Sand Point Way N.E.
Seattle, WA  98115
(206) 526-6616
james.nicoll@usdoj.gov
efile_seattle.enrd@usdoj.gov

ORDER DIRECTING
DISBURSEMENTS - 3

*U.S. Department of Justice*
*NOAA GC-DOJ DARC*
*7600 Sand Point Way N.E.*
*Seattle, WA 98115-0070*