The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                 Plaintiffs,<br><br>      v.<br><br>PORT OF TACOMA,<br><br>                 Defendant. | No. C93-5462B<br><br>ORDER DIRECTING DISBURSEMENTS FROM REGISTRY OF THE COURT |

    The United States has filed an Application for an Order Directing Disbursements From the Registry of the Court. Said Application requests that the disbursements be made from the funds on deposit with the Registry of the Court in connection with this matter. The materials submitted by counsel and all other pertinent parts of the record have been fully considered.

    The Application filed by the United States describes the purpose of the disbursements as reimbursements of Trustee oversight costs associated with restoration project implementation. The Application describes the procedures by which the Trustee Council approved the expenditures and includes documentation of the Council's actions.

ORDER DIRECTING
DISBURSEMENTS - 1

*U.S. Department of Justice*
*NOAA GC-DOJ DARC*
*7600 Sand Point Way N.E.*
*Seattle, WA 98115-0070*

Having reviewed the Application and attachments, and being fully informed in these proceedings, the Court finds that the requested disbursements are consistent with the terms of the Consent Decree and have been authorized by the Trustee Council. The Application is granted. The Clerk is hereby ordered to disburse from the funds on deposit in the *United States et al. v. Port of Tacoma* Commencement Bay Restoration Account, made payable and addressed as follows:

| Payee/Address | Amount: |
|---|---|
| National Oceanic and Atmospheric Administration<br>NOAA/NOS/OR&R<br>Attn: Kathy Salter, DARRF Manager<br>1305 East-West Highway<br>SSMC 4, Room 9331<br>Silver Spring, MD 20910-3281 | $92,171.65 |
| Department of the Interior<br>NBC/Division of Financial Management Services<br>Branch of Accounting Operations<br>Mail Stop 1313<br>1849 C St. NW<br>Washington, D.C.  20240<br>Notation:  Commencement Bay Nearshore/Tideflats Superfund Site | $28,862.10 |
| Washington Department of Natural Resources<br>Attn: Division Manager<br>Aquatic Resources Division<br>P.O. Box 47027<br>Olympia, WA 98507-7027<br>Notation: Commencement Bay Restoration | $1,332.70 |

**IT IS SO ORDERED.**

DATED this 27th day of February, 2006.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER DIRECTING
DISBURSEMENTS - 2

U.S. Department of Justice
NOAA GC-DOJ DARC
7600 Sand Point Way N.E.
Seattle, WA 98115-0070

Presented by:

| | |
|---|---|
| s/ James L. Nicoll | February 27, 2006 |
| James L. Nicoll | Dated |

U.S. Department of Justice
Environmental Enforcement Section
NOAA GC-DOJ DARC
7600 Sand Point Way N.E.
Seattle, WA  98115
(206) 526-6616
james.nicoll@usdoj.gov
efile_seattle.enrd@usdoj.gov

ORDER DIRECTING
DISBURSEMENTS - 3

*U.S. Department of Justice*
*NOAA GC-DOJ DARC*
*7600 Sand Point Way N.E.*
*Seattle, WA 98115-0070*