The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF TACOMA, <br><br> Defendant. | No. C93-5462B <br><br> ORDER DIRECTING A DISBURSEMENT FROM REGISTRY OF THE COURT |

The United States has filed an Application for an Order Directing a Disbursement From the Registry of the Court. Said Application requests that the disbursement be made from the funds on deposit with the Registry of the Court in connection with this matter. The materials submitted by counsel and all other pertinent parts of the record have been fully considered.

The Application filed by the United States describes the purpose of the disbursement as costs associated with damage assessment and restoration project implementation and monitoring. The Application describes the procedures by which the Trustee Council approved the expenditure and includes documentation of the Council's actions.

ORDER DIRECTING
A DISBURSEMENT - 1

*U.S. Department of Justice*
*NOAA GC-DOJ DARC*
*7600 Sand Point Way N.E.*
*Seattle, WA 98115-0070*

Having reviewed the Application and attachments, and being fully informed in these proceedings, the Court finds that the requested disbursement is consistent with the terms of the Consent Decree and has been authorized by the Trustee Council. The Application is granted. The Clerk is hereby ordered to disburse from the funds on deposit in the *United States et al. v. Port of Tacoma* Commencement Bay Restoration Account, made payable and addressed as follows:

| Payee/Address | Amount: |
|---|---|
| National Oceanic and Atmospheric Administration:<br>NOAA/NOS/OR&R<br>Attn: Kathy Salter, DARRF Manager<br>1305 East-West Highway<br>SSMC 4, Room 9331<br>Silver Spring, MD 20910-3281 | $1,389,615.00 |

**IT IS SO ORDERED.**

DATED this 5th of June, 2008.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:
s/ James L. Nicoll                        June 4, 2008
James L. Nicoll                           Dated
U.S. Department of Justice
Environmental Enforcement Section
NOAA GC-DOJ DARC
7600 Sand Point Way N.E.
Seattle, WA  98115
(206) 526-6616
james.nicoll@usdoj.gov
efile_seattle.enrd@usdoj.gov

ORDER DIRECTING
A DISBURSEMENT - 2

*U.S. Department of Justice*
*NOAA GC-DOJ DARC*
*7600 Sand Point Way N.E.*
*Seattle, WA 98115-0070*