UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF TACOMA,           Defendant. | No. C93-5462-RJB<br><br>ORDER DIRECTING DISBURSEMENTS FROM REGISTRY OF THE COURT |

The United States has filed an Application for an Order Directing Disbursement From the Registry of the Court. Said Application requests that the disbursement be made from the funds on deposit with the Registry of the Court in connection with this matter. The materials submitted by counsel and all other pertinent parts of the record have been fully considered.

The Application filed by the United States describes the purpose of the disbursement as funding restoration costs incurred by the U.S. National Oceanic and Atmospheric Administration (NOAA) pursuant to resolution of the Trustee Council. This purpose is authorized by the Decree. The Application describes the procedures by which the Trustee Council approved the expenditures and includes documentation of the Council's actions.

Order Directing
Disbursement of Funds - 1

U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
(202) 514-3637

Having reviewed the Application and attachments, and being fully informed in these proceedings, the Court finds that the requested disbursement is consistent with the terms of the Consent Decree and has been authorized by the Trustee Council. The Application is granted.

Pursuant to Local Civ. R. 67(b), the Clerk is authorized and directed to draw a check on the funds deposited in the principal amount of **$300,000.00**, with no accrued interest paid at this time, minus any applicable statutory user fees,[1] payable to NOAA via electronic funds transfer, 1305 East-West Highway, Silver Spring, Maryland, 98404.

**IT IS SO ORDERED.**

DATED this 11th of September 2024.

ROBERT J. BRYAN
United States District Judge

Presented by:

/s/ Andrene E. Dabaghi                                      August 20, 2024
ANDRENE E. DABAGHI                                          Dated
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
(202) 514-3637

---

[1] The clause "minus any applicable statutory users fees" is an addition to the proposed order and is authorized by 28 U.S.C. § 1914.

Order Directing
Disbursement of Funds - 2

U.S. Department of Justice
150 M Street NE
Washington, D.C. 20002
(202) 514-3637