UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. C93-5462-KKE |
| Plaintiffs, | ORDER DIRECTING DISBURSEMENTS FROM REGISTRY OF THE COURT |
| v. | |
| PORT OF TACOMA, | |
| Defendant. | |

The United States has filed an Application for an Order Directing Disbursements From the Registry of the Court. Said Application requests that the disbursement be made from the funds on deposit with the Registry of the Court in connection with this matter. The materials submitted by counsel and all other pertinent parts of the record have been fully considered.

The Application filed by the United States describes the purpose of the disbursements as funding restoration costs incurred by the Puyallup Tribe of Indians (Puyallup Tribe) and the U.S. National Oceanic and Atmospheric Administration (NOAA), pursuant to resolutions of the Trustee Council. This purpose is authorized by the Decree. The Application describes the

Order Directing
Disbursement of Funds - 1

U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 598-9576

procedures by which the Trustee Council approved the Puyallup Tribe's and NOAA's expenses for the restoration work.

Having reviewed the Application and attachments, and being fully informed in these proceedings, the Court finds that the requested disbursements are consistent with the terms of the Consent Decree and have been authorized by the Trustee Council. The Application is granted.

Pursuant to Local Civ. R. 67(b), the Clerk is authorized and directed to deposit funds in the principal amounts as set forth below, with no accrued interest paid at this time, plus any statutory users fees:

| Payee | Amount | Address | Method |
|---|---|---|---|
| Puyallup Tribe of Indians | $44,763.62 | Accounting Department Puyallup Tribe of Indians 3009 E Portland Ave Tacoma, WA 98404-4926 | Check |
| U.S. National Oceanic and Atmospheric Administration | $572,968.92 | NOAA DARRF Manager 1305 East-West Highway Silver Spring, MD 20910 Reference number ORR ID 3106 | Electronic Funds Transfer |

**IT IS SO ORDERED.**

DATED this 5th of June, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

Order Directing
Disbursement of Funds - 2

U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 598-9576

Presented by

/s/ Andrene E. Dabaghi                          June 5, 2026
ANDRENE E. DABAGHI                              Dated
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 514-3637

Order Directing
Disbursement of Funds - 3

U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 598-9576