UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF TACOMA,<br><br>Defendant. | No. C93-5462-KKE<br><br>ORDER DIRECTING DISBURSEMENTS FROM REGISTRY OF THE COURT |

The United States has filed an Application for an Order Directing Disbursement From the Registry of the Court. Said Application requests that the disbursement be made from the funds on deposit with the Registry of the Court in connection with this matter. The materials submitted by counsel and all other pertinent parts of the record have been fully considered.

The Application filed by the United States describes the purpose of the disbursement as oversight restoration costs incurred by the U.S. Fish and Wildlife Service, U.S. Department of the Interior, pursuant to resolution 2026-05 of the Trustee Council. This purpose is authorized by



U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 598-9576

the Decree. The Application describes the procedures by which the Trustee Council approved the U.S. Fish and Wildlife Service's expenses for the restoration work.

Having reviewed the Application and attachments, and being fully informed in these proceedings, the Court finds that the requested disbursement is consistent with the terms of the Consent Decree and has been authorized by the Trustee Council. The Application is granted.

Pursuant to Local Civ. R. 67(b), the Clerk is authorized and directed to deposit funds in the principal amounts as set forth below, with no accrued interest paid at this time, plus any statutory users fees:

| **Payee** | **Amount** | **Address** | **Method** |
|---|---|---|---|
| U.S. Department of the Interior | $208,715.43 | Department of the Interior<br>NBC/Division of Financial Management Services Branch of Accounting Operations<br>Mail Stop 1313<br>1849 C St. NW<br>Washington, D.C. 20240<br>Notation: Commencement Bay Nearshore/Tideflats Superfund Site | Electronic Funds Transfer |

**IT IS SO ORDERED.**

DATED this 6th of August, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge



U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 598-9576

Presented by

/s/ Andrene E. Dabaghi
ANDRENE E. DABAGHI
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
7600 Sand Point Way NE
Seattle, WA 98115
(202) 598-9576

July 7, 2026
Dated